JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANNE GARCIA, | Case No. EDCV 18-0997-JPR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED that (1) Plaintiff's request for an order remanding the case for further proceedings is GRANTED; (2) the Commissioner's request for an order affirming her final decision and dismissing the action is DENIED; and (3) judgment is entered remanding the matter for further administrative action consistent with the Memorandum Decision and Order.

DATED: May 29, 2019

_____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE